UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Government,

-against-

LEONID KAPLAN,

                        Defendant(s).
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2020

**ORDER**

11 **CR.** 892 (RMB)

The Court has reviewed the record herein, including Mr. Kaplan's pro se motion, dated February 14, 2019, for a judicial recommendation "for placement in a Residential Re-Entry Center ("RRC") and for home confinement."

The Court was pleased to find out that according to the U.S. Bureau of Prisons ("BOP"), Mr. Kaplan is currently in a RRC and is scheduled to be released from BOP custody on or about January 28, 2020.

In light of the current posture of Mr. Kaplan's custodial and release status, the Court takes no action on his request.

Dated: New York, New York
        January 15, 2020

                                                              *RMB*
                                        **RICHARD M. BERMAN, U.S.D.J.**

Copies Mailed By Chambers