**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

LEONID KAPLAN,
                Defendant.
------------------------------------------------------------X

11 CR. 892 (RMB)

**ORDER**

      The status conference previously scheduled for Thursday, September 24, 2020 at 11:00 am is hereby rescheduled to 12:00 pm on the same date.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0892

Dated: September 23, 2020
       New York, NY

                                            _____
                                                 RICHARD M. BERMAN
                                                     U.S.D.J.