UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

LEONID KAPLAN,
                Defendant.
------------------------------------------------------------X

11 CR. 892 (RMB)

**ORDER**

      The status conference previously scheduled for Thursday, September 24, 2020 at 12:00 pm is hereby rescheduled to Tuesday, October 13, 2020 at 11:00 am.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0892

Dated: September 24, 2020
       New York, NY

                                                    _____
                                                      RICHARD M. BERMAN
                                                          U.S.D.J.