**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                         **ORDER**

       -against-                                          11 Cr 892

LEONID KAPLAN,

                          Defendant.
------------------------------------------------------------X

      IT IS HEREBY ORDERED that as of October 13, 2020, the Defendant's Restitution Obligation shall be paid at a rate of 10% of his gross monthly revenue.

Dated:  New York, New York
           October 13, 2020

                                                   /s/ Richard M. Berman
                                          _____
                                            **RICHARD M. BERMAN, U.S.D.J.**