UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

LEONID KAPLAN,
                Defendant.
------------------------------------------------------------X

11 CR. 892 (RMB)

**ORDER**

The supervised release hearing previously scheduled for Thursday, November 18, 2021 at 12:30 pm is hereby rescheduled to 1:00 pm on the same date.

In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0892

Dated: November 10, 2021
       New York, NY

                                        RICHARD M. BERMAN
                                              U.S.D.J.