**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/21

**By ECF & Email**

December 21, 2021

Honorable Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Leonoid Kaplan,
11 Cr. 892 (RMB)

Dear Judge Kaplan:

I previously wrote to your Honor seeking permission for my client, Leonoid Kaplan, to travel to the Dominican Republic on vacation. At the most recent court conference your Honor requested proof of the source of funds for Mr. Kaplan's trip.

Attached is a copy of a check from the defendant's sister, Maryana Garbuz.

My Kaplan has been compliant while on supervised release.

Assistant U.S. Attorney Andrew Jones and U.S. Probation Officer Charnice Perez advised they have no objection to this request. Mr. Kaplan will provide his dates of travel, itinerary, place of residence and contact information to Officer Perez.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

---

*Handwritten:* Permission to travel is granted. Mr. Kaplan shall provide all requested information to Probation.

SO ORDERED:
Date: 12/21/21
*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.