**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      11 CR. 892 (RMB)
    -against-

                                                      **ORDER**

LEONID KAPLAN,
                Defendant.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, February 16, 2022 at 9:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0892

Dated: February 9, 2022
       New York, NY

                                              _____
                                                RICHARD M. BERMAN
                                                    U.S.D.J.