UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :

    - against -  :  11 CR. 892 (RMB)

LEONID KAPLAN,  :  **ORDER**
                Defendant.  :
------------------------------------------------------------x

       Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: New York, New York
February 10, 2022

                                          _/s/ Richard M. Berman_
                                          RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/22

1