**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      11 CR. 892 (RMB)
   -against-

                                                      **ORDER**

LEONID KAPLAN,
                Defendant.
------------------------------------------------------------X

      The Court will hold a supervised release hearing on Wednesday, December 21, 2022 at 12:00 P.M.

      In the absence of defense objection – the proceeding is being held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442

      Conference ID: 171 967 591#

Dated: December 1, 2022
       New York, NY

                                                  _____
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.