UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                 11 CR. 892 (RMB)

   -against-

                                                                **ORDER**

LEONID KAPLAN,
                Defendant.
------------------------------------------------------------X

     The supervised release hearing previously scheduled for Wednesday, December 21, 2022 at 12:00 P.M is hereby rescheduled to Thursday, December 22, 2022 at 10:00 A.M.

     In the absence of defense objection – the proceeding is being held by video.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442

     Conference ID: 171 967 591#

Dated: December 15, 2022
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.